# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

RECEIVED

2012 SEP 24  PM 1:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN  MEMPHIS



*Frances D. Wright*

_____

_____

(Name of plaintiff or plaintiffs)

v.                                          CIVIL ACTION NO._____

*Vatterott College*

_____

_____

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

　　1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

　　2. Plaintiff, *Frances D. Wright-Moore*

(name of plaintiff)

is a citizen of the United States and resides at *6767 Castlegate Cove*

(street address)

*Memphis*　　　　　*U.S.A.*　　　　　*TN*

(city)　　　　　　　(country)　　　　　　(state)

*38141*　　　　　　　　　*901-485-2028*

(zip code)　　　　　　　　(telephone number)

Revised 4-18-08

3. Defendant _Vatterott College DBA LeCole Culinaire_
(defendant's name)

lives at, or its business is located at _POB 28269  Olivette, MO  63132_
(street address)

_____

_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at
_LeCole Culinaire   1245 N. Germantown Pkwy_
(street address)

| _Cordova_ | _U.S.A_ | _TN_ | _38016_ |
|---|---|---|---|
| (city) | (country) | (state) | (zip code) |

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of
this complaint on or about _26_    _August_    _2010_
   (day)              (month)              (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment
Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this
complaint on or about _26_    _August_    _2010_ .
   (day)              (month)              (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity
Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this
complaint on or about _26_    _August_    _2010_ .
   (day)              (month)              (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue,
which was received by plaintiff on _6_ . (Attach a copy of the notice to
   (day)   (month)   (year)
this complaint.)

9. Because of plaintiff's  (1) _✓_ race, (2) ___ color, (3) ___ sex, (4) ___ religion,
(5)___ national origin, defendant

    (a) _✓_ failed to employ plaintiff.

    (b) _✓_ terminated plaintiff's employment.

    (c) ____ failed to promote plaintiff.

    (d) ____ _____

_____

_____

_____

Revised 4-18-08

I filed a charge w/ EEOC after accepting the position. As soon as Vatterott/LeCole learned of my filing they ~~retaliated~~ retaliated. They cut my hours, and begin to harass me. In Jan 2011 they fired me saying that they did not need me because the student enrollement did not ~~necessitate~~ warrant it. They however hired a female white Chef- Martha Braum to work the postry class that was once my class.

*adjunct*

10.  The circumstances under which defendant discriminated against plaintiff were as follows: I was hired by LeCole July 2009 as a pastry chef. I studied at the French Pastry School in Chicago where I earned a degree (certificate) not an associate. In Dec 2010 I resigned because of racial undertones I was not willing to deal with, I was the only black Chef on line even though the person who hired me Lauhn Thomas (black female). In July 2010 Lauhn was promoted in Lead Program Director. called me & asked if I wld not and work for them again. I agreed with the stipulation only if she cld make me full-time. she sd she cld do that I wld call me back. after she spk w/home office, she needed to get my files reopened. She called back sd I had been approved for full-time w/a starting Salary of 55K. I was to come in & sign on. When I res'd from out of town. When I arrived to sign she sd she wld not be able to offer me full time because I did not have an associates degree. When I inquired about a few of the other white employees who were full-time + no associate degrees

11.  The acts set forth in paragraph 9 of this complaint *She cld not explain, but only tried to justify the reason.*

(a)  ✓ are still being committed by defendant.

(b) _____ are no longer being committed by defendant.

(c) _____ may still be being committed by defendant.

*over*

12.  Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, or

(b) _____ Defendant be directed to re-employ plaintiff, or

(c) _____ Defendant be directed to promote plaintiff, or;

(d) _____ Defendant be directed to *Pay restitution and Back Pay for Job loss.*

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.  I would like to have my case tried by a jury. Yes (✓) No ( )

*Frances D. Wright-Moore*

SIGNATURE OF PLAINTIFF

Revised 4-18-08