```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

| | |
|---|---|
| FRANCES D. WRIGHT,<br><br>      Plaintiff,<br><br>v.<br><br>VATTEROTT COLLEGE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  No. 2:12-cv-02836-JPM-dkv<br>)<br>)<br>)<br>) |

**ORDER DISMISSING PLAINTIFF'S CLAIMS FOR FAILURE TO SHOW CAUSE**

On December 17, 2012, the Court entered an Order to Show Cause, within fourteen (14) days of the date of the entry of the Order, why the case should not be dismissed without prejudice for failure to prosecute.  (ECF No. 5.)

The deadline has passed, and Plaintiff has not responded.

Pursuant to Federal Rule of Civil Procedure 41(b), therefore, the above-captioned case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED,** this 4th day of January, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE