```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```
_____

FRANCES D. WRIGHT,               )
                                 )
     Plaintiff,                  )
                                 )
v.                               )   No. 2:12-cv-02836-JPM-dkv
                                 )
VATTEROTT COLLEGE,               )
                                 )
     Defendant.                  )
_____

                         **JUDGMENT**
_____

**JUDGMENT BY THE COURT.**  This action having come before the Court on the Court's Order Dismissing Plaintiff's Claims for Failure To Show Cause, (ECF No. 6), filed on January 4, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Court's Order Dismissing Plaintiff's Claims for Failure To Show Cause, (ECF No. 6), the above-captioned case is DISMISSED WITHOUT PREJUDICE.


APPROVED:


/s/ JON PHIPPS McCALLA
CHIEF UNITED STATES DISTRICT JUDGE

January 4, 2013
Date